I.D. 06184818                      File No. 3900-104

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### Eastern Division

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., <br>                  Plaintiff, <br> v. <br><br> MAGDA LAGUNAS, indv., and d/b/a <br> LA CABANA COUNTRY INCORPORATED <br> d/b/a LA CABANA COUNTRY RESTAURANT, <br> and LA CABANA COUNTRY <br> INCORPORATED d/b/a LA CABANA <br> COUNTRY RESTAURANT, <br>                  Defendants. | File No.: 09 cv 2711 <br><br> Judge Feinerman <br><br> Magistrate Judge Schenkier |

### PLAINTIFF'S MOTION FOR DEFAULT

**NOW COMES** the Plaintiff, J&J SPORTS PRODUCTIONS, INC., by and through its attorneys, ZANE D. SMITH & ASSOCIATES, LTD., and respectfully requests that this Court enter a judgment against Defendant, MAGDA LAGUNAS, and in support thereof, states as follows:

1. That this matter was filed with the United States District Court, Northern District of Illinois on May 4, 2009.

2. That on December 17, 2009, a Settlement Conference was held regarding this matter before the Honorable Judge Wayne R. Anderson wherein which a settlement agreement was reached.

3. Pursuant to said Conference, an Order was entered by the Honorable Judge Anderson stating that Defendant would pay $2,500.00 in equal payments of $200.00 per month with the first payment due on January 31, 2009 and every month thereafter. See attached Exhibit A.

4. That should Defendant be late with any payment and/or fail to make any payment, Judge Anderson ruled that Plaintiff would be allowed to file a motion for Default in the amount of $10,000.00.

5. As of the date of the filing of this motion Defendant, Magda Lagunas, has failed to make any payments towards this settlement agreement.

**WHEREFORE**, the Plaintiff, J&J SPORTS PRODUCTIONS, INC., respectfully prays this Honorable Court for the entry of an Order in Plaintiff's favor and against the Defendant, MAGDA LAGUNAS in an amount not in excess of Ten Thousand and No/100 ($10,000.00) Dollars and for such other relief for the Plaintiff as this Court deems just and right.

/s/Andre Ordeanu
Andre Ordeanu

## CERTIFICATE OF SERVICE

I, Andre Ordeanu, on oath state that a true and correct copy of the Notice of Filing was electronically filed with the Clerk of the Court on November 19, 2010, using the CM/ECF system which will send notification of such filing(s) to all attorneys of record. Under the penalties of perjury, I certify that the above statements set forth herein are true and correct.

/s/ Andre Ordeanu
Andre Ordeanu

Zane D. Smith
ZANE D. SMITH & ASSOCIATES, LTD.
415 North LaSalle Street - Suite 300
Chicago, Illinois 60654
(312) 245-0031
(312) 245-0022 - Fax